THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BLUE BAKING Co., INC., Appellant.

Argued June 10, 1943; decided July 20, 1943.

*Samuel D. Goldstein* for appellant.

*Thomas Cradock Hughes, Acting District Attorney (Fred J. Loughran* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, CONWAY, DESMOND and THACHER, JJ. Taking no part: LEWIS, J.